GRAYSON BARBER LLC
68 LOCUST LANE
PRINCETON, NJ 08540

February 1, 2005

Clerk, United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
 & United States Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    Dwyer v. Oceanport School District
               Civil Action No. 03-6005 (SRC)

To the Clerk:

      Please accept this letter as a citation to supplemental authority, as permitted by F.R.A.P. 28(j). Plaintiff respectfully calls the Court's attention to Donato v. Muldow, 2005 N.J. Super. Lexis 33 (App. Div. January 31, 2005). The case pertains to page 19 of plaintiff's brief in support of summary judgment. It has been approved for publication, and is available at www.judiciary.state.nj.us/opinions/a5942-02.pdf

                                      Respectfully submitted,

                                      s/Grayson Barber

                                      Grayson Barber

cc:    Howard M. Nirenberg (via fax and regular mail)
        Ryan Dwyer
        Edward Barocas
        Gabriel Saltarelli

TEL: (609) 921-0391    FAX: (609) 921-7405    gb@graysonbarber.com
